### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**Cleverson Ribeiro Correia**

v.                                                    Case No. 26-cv-585-PB-AJ

**David Wesling, Acting Field Office Director,**
**U.S. Immigration and Customs Enforcement, et al.**

### ORDER

Cleverson Ribeiro Correia filed the instant petition for a writ of habeas corpus on July 16, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Ribeiro Correia's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 4 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Ribeiro Correia would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 7. While the government gestures to certain arguments related to that authority—which it remains free

to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Ribeiro Correia's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Ribeiro Correia a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Ribeiro Correia's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 22, 2026

cc:    Counsel of Record

2