# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Cleverson Ribeiro Correia**

     v.                                    Case No. 26-cv-585-PB-AJ

**David Wesling, Acting Field Office Director,**
**U.S. Immigration and Customs Enforcement, et al.**

## ORDER

On July 22, 2026, I ordered the government to afford Cleverson Ribeiro Correia a bond hearing under 8 U.S.C. § 1226(a). Doc. 8. In its subsequent status report, the government represents that Ribeiro Correia received a bond hearing on July 30, 2026, based on which an immigration judge denied bond after finding by a preponderance of the evidence that he poses a risk of flight. Doc. 10. Because Ribeiro Correia has received his requested relief, his petition shall be dismissed unless he shows cause why it should not be within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 5, 2026

cc:    Counsel of Record