# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Cleverson Ribeiro Correia**

v.                                              Case No. 26-cv-585-PB-AJ

**David Wesling, Acting Field Officer Director,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

After the government notified the Court that Cleverson Ribeiro Correia received the bond hearing he sought on July 30, 2026, see Doc. 10, I ordered Ribeiro Correia to show cause within seven days why his petition should not be dismissed. Doc. 12. Ribeiro Correia has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 13, 2026

cc:   Counsel of Record